Pro Se General Complaint for a Civil Case (Rev. 10/16)

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

FILED
2025 JUL 16 P 12:01
U.S. DISTRICT COURT
N.D. OF ALABAMA  AP

*Plaintiff*
(Write your full name. No more than one plaintiff may be named in a pro se complaint)

**Brandon Adams**

v.

Case No.: _____
(to be filled in by the Clerk's Office)

JURY TRIAL ☑ Yes ☐ No

**Greystar Realestate Partners, LLC**

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. **The Plaintiff**
      Name                Brandon Adams
      Street Address      2701 North Rainbow Blvd #2095
      City and County     Las Vegas Clark
      State and Zip Code  Nevada 89108
      Telephone Number    725-248-1937

   B. **The Defendant(s)**

      Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 1
    Name: Greystar Real Estate Partners, LLC
    Job or Title:
    Street Address: 465 Meeting Street  Suite 500
    City and County: Charleston
    State and Zip Code: SC 29403

Defendant No. 2
    Name:
    Job or Title:
    Street Address:
    City and County:
    State and Zip Code:

Defendant No. 3
    Name:
    Job or Title:
    Street Address:
    City and County:
    State and Zip Code:

Defendant No. 4
    Name:
    Job or Title:
    Street Address:
    City and County:
    State and Zip Code:

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 5
- Name
- Job or Title
- Street Address
- City and County
- State and Zip Code

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Constitutional or Federal Question   ☐ USA Defendant   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction is USA defendant**

The Defendant(s)

Name of Agency _____

Address _____

**B.   If the Basis for Jurisdiction is a Constitutional or Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fifth Amendment, Seventh, Fourteenth Amendment

42 U.S. Code § 3604 - Discrimination in the sale or rental of housing and ot

Pro Se General Complaint for a Civil Case (Rev. 10/16)

C. **If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

      The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

      Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

   $76,000 since it has been more than two month in my request for damages of $50,000 in demand letter

III. **Statement of Claim**

Page 4 of 7

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see demand letters, DOJ letter, and KTNV News 13 Article

I do not want RECUSED JUDGE Anna Marie Manasco proceeding over case

She has refused to follow Writ of Quo Warranto, April 20,2023 DOJ Letter

and Color of Law Form

Case 2:25-cv-00679-AMM Document 1 Filed 05/02/25 Page 8 of 36

Case 2:25-cv-00679-AMM Document 2 Filed 05/19/25 Page 13 of 16

Case 2:25-cv-00679-AMM Document 2 Filed 05/19/25 Page 1 of 16

i do not want Annemarie Carney Axon proceeding over case violation of

Case 2:25-cv-00173-ACA Document 4 Filed 02/12/25 Page 11 of 13

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please see Demand Letters with violations

Pro Se General Complaint for a Civil Case (Rev. 10/16)

## V. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name **Brandon**     Last Name **Adams**

Mailing Address **2701 North Rainbow Blvd #2095**

City and State **Las Vegas, NV**     Zip Code **89108**

Telephone Number **725-248-1937**

E-mail Address **badams1273@yahoo.com**

Signature of plaintiff  *Brandon Adams*

Date signed **7/10/2025**

**\*\*OPTIONAL\*\***

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

Pro Se General Complaint for a Civil Case (Rev.10/16)

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does not excuse failures to appear or timely respond.**

E-mail type:

☒ HTML – Recommended for most e-mail clients

☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

badams1273@yahoo.com

Participant signature: _Brandon Adams_ _[signature]_

Date: 7/10/2025

Brandon Adams
2701 North Rainbow Blvd #2095 Las Vegas NV 89108
Email: badams1273@yahoo.com

18th day of May, 2025

Greystar Real Estate Partners LLC
465 Meeting Street, Suite 500 Charleston, SC 29403

Dear Sir/Madam,

You were to have paid the amount of $50,000.00 USD (the "Debt") to me on May 18, 2025, and this Debt remains outstanding despite my requests for payment. The Debt relates to:

I have been living in The Met Apartments since 2018 to present during the time Greystar Real Estate Partners LLC
owned the complex and was charging me rent which increased significantly over the time I have been staying at the property with the same appliances and carpet since living in the property with no upgrades.

I discovered they were using REALPAGE to base my rental payments.

Case No. 1:24-cv-00710-LCB-JLW

https://www.ktnv.com/news/landlords-with-las-vegas-ties-sued-over-alleged-rent-pricing-schemes

I demand to be compensated for damages immediately or I will file a Federal lawsuit as well.

Fifth Amendment
No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

Seventh Amendment

In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

Fourteenth Amendment
Section 1

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

For your reference I have enclosed a copy of department of Justice Letter & Federal Lawsuit Case Filed along with https://www.ktnv.com/news/landlords-with-las-vegas-ties-sued-over-alleged-rent-pricing-schemes.

Amount of $50,000 paid in full without going to court if paid within ten days of receiving letter. If no response this letter will be considered acquiesce by Greystar Real Estate Partners LLC resulting in a default judgment. The payment should be sent to 2701 North Rainbow Blvd #2095 Las Vegas NV 89108..

Please note that if I have to commence legal proceedings in order to secure repayment of the debt owing, this letter will be tendered in court as evidence of your failure to attempt to resolve this matter. Further, you may be liable for any court costs, attorney fees and damages, including punitive damages.

You might want to contact a lawyer to discuss your legal rights and responsibilities.

Yours sincerely,

Brandon Adams *(signed)* Brandon Adams
Brandon Adams

Enclosure

©2002-2025 LawDepot.com®

Brandon Adams
2701 North Rainbow Blvd #2095 Las Vegas NV 89108
Email: badams1273@yahoo.com

29th day of May, 2025

Greystar Real Estate Partners LLC
465 Meeting Street, Suite 500 Charleston, SC 29403
Attn: JOSEPH IARUSSI, ESQ. (Law Offices of Scott M. Clark)

Dear Sir/Madam,

You were to have paid the amount of $50,000.00 USD (the "Debt") to me on May 18, 2025, and this Debt remains outstanding despite my requests for payment. The Debt relates to:

I have been living in The Met Apartments since 2018 to present during the time Greystar Real Estate Partners LLC
owned the complex and was charging me rent which increased significantly over the time I have been staying at the property with the same appliances and carpet since living in the property with no upgrades.

I discovered they were using REALPAGE to base my rental payments.

Case No. 1:24-cv-00710-LCB-JLW

https://www.ktnv.com/news/landlords-with-las-vegas-ties-sued-over-alleged-rent-pricing-schemes


Response to May 28,2025 letter from Joseph Iarussi, Esq
Objections to your bullets 1-5 for the following:  Debt is now **Acquiesce**

**18 U.S. Code § 1001 - Statements or entries generally**

(a)Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully—

(1)

falsifies, conceals, or covers up by any trick, scheme, or device a material fact;

(2)

makes any materially false, fictitious, or fraudulent statement or representation; or

(3)

makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;

shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both. If the matter relates to an offense under chapter 109A, 109B, 110, or 117, or section 1591, then the term of imprisonment imposed under this section shall be not more than 8 years.

*Simmons v. Abruzzo*, 49 F.3d 83 (2d Cir. 1995)

## Article VI  Supreme Law

### Clause 2 Supremacy Clause

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

I demand to be compensated for damages immediately or I will file a Federal lawsuit as well.

Fifth Amendment
No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

Seventh Amendment

In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

# SEC v. Jarkesy, 603 U.S. ___ (2024)

Fourteenth Amendment
Section 1

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

For your reference I have enclosed a copy of department of Justice Letter & Federal Lawsuit Case Filed along with https://www.ktnv.com/news/landlords-with-las-vegas-ties-sued-over-alleged-rent-pricing-schemes.

Amount of $50,000 paid in full without going to court if paid within ten days of receiving letter. If no response this letter will be considered acquiesce by Greystar Real Estate Partners LLC resulting in a default judgment. The payment should be sent to 2701 North Rainbow Blvd #2095 Las Vegas NV 89108..

Please note that if I have to commence legal proceedings in order to secure repayment of the debt owing, this letter will be tendered in court as evidence of your failure to attempt to resolve this matter. Further, you may be liable for any court costs, attorney fees and damages, including punitive damages.

You might want to contact a lawyer to discuss your legal rights and responsibilities.

Yours sincerely,

Brandon Adams  *(signature)*

Brandon Adams

Enclosure

©2002-2025 LawDepot.com®

### Your fax has been delivered

From: Pdffiller (noreply@pdffiller.com)
To:   badams1273@yahoo.com
Date: Thursday, May 29, 2025 at 04:50 PM PDT

# pdfFiller

Contact Support →

Hello,

A fax that you recently sent with pdfFiller has been delivered.

Fax Details:
Document: **Demand Letter Response to May 28,2025 Letter.pdf**
Result Code: **SUCCESS**
Recipient #: **16029577876**
Pages Sent: **5**

Please note that it may take a few minutes for the fax to finish processing and be available to your recipient.

Thank you for using pdfFiller, and please don't hesitate to contact support if you have any questions!

– Best regards,
Sarah from the pdfFiller Team




Connect pdfFiller with the tools and services you already use

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>CORTLAND MANAGEMENT, LLC<br><br>            Defendant. | Case No. 1:24-cv-00710-LCB-JLW |

## PROPOSED FINAL JUDGMENT

WHEREAS, Plaintiff, United States of America, filed its Complaint on January 7, 2025;

AND WHEREAS, the United States and Defendant, Cortland Management, LLC, have consented to entry of this Final Judgment without the taking of testimony, without trial or adjudication of any issue of fact or law, and without this Final Judgment constituting any evidence against or admission by any party relating to any issue of liability or any other issue of fact or law;

AND WHEREAS, Defendant agrees to undertake certain actions and refrain from certain conduct to remedy the loss of competition alleged in the Complaint;

AND WHEREAS, Defendant represents that the relief required by this Final Judgment can and will be made and that Defendant will not later raise a claim of hardship



8 weather alerts    Watch Now

Menu    🔍        Watch Now

Quick links...

LOCAL NEWS

# Landlords with Las Vegas ties sued over alleged rent pricing schemes



After rent prices exploded throughout the U.S. in 2021 and 2022, the Department of Justice is accusing a company of illegally using an algorithm to set prices. (Scripps News)

 

By: Jarah Wright

 KTNV LAS VEGAS    ⚡ 8 weather alerts    ▢ Watch Now

Posted 1:40 PM, Jan 13, 2025

LAS VEGAS (KTNV) — Six of the nation's biggest landlords are being sued by the Department of Justice for allegedly using algorithms to fix rent prices and harm renters.

Those companies include Greystar Real Estate Partners LLC, Blackstone's LivCor LLC, Camden Property Trust, Cushman & Wakefield, Inc and Pinnacle Property Mangement Services LLC, Willow Bridge Property Company LLC, and Cortland Management LLC.

According to the Justice Department, the companies operate more than 1.3 million units in 43 states and the District of Colombia. That includes units right here in Las Vegas.

This is part of the antitrust lawsuit that the Justice Department filed against RealPage in August.



**US accuses real estate software company of scheming to boost rent prices**

The amended complaint states the companies used Realpage software to post data like a landlord's rental prices from executed leases, lease terms, and future



Based on those numbers, the complaint alleges RealPage provides daily pricing recommendations back to competing landlords.

Prosecutors allege this is leading to higher rents, which are hurting working-class and low-income families.

"The percentage of income spent on rent for Americans without a college degree increased from 30% in 2000 to 42% in 2017, the complaint reads in part. "In 2021, the proportion of severely burdened households — households spending more than half of their income on gross rent — was 25%, or approximately 10.4 million households, an increase in approximately 1 million households since 2019. By 2022, this number increased to 12.1 million households."

You can read the full amended complaint below.

2701 North Rainbow Bl. #2095
Las Vegas, NV 89108

Retail

 

35203

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
LAS VEGAS, NV 8912[
JUL 10, 2025

**$2.31**

S2322P501830-13

U.S. District Court Northern District of Alabama
Greer M. Lynch
1729 5th Ave N
Birmingham, AL 35203-2022

SECURITY
JUL 16 2025
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA